No. 10–8309. STUDY v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8333. CHAMBERS v. JUSTICE OF THE PEACE COURT, PRECINCT ONE. Sup. Ct. Tex. Certiorari denied.

No. 10–8386. MOORE v. ANGLIN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8390. SNEED v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–8404. NELSON v. JACKSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–8424. WILKINS v. LONG ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8443. TOLONEN v. PUGH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8449. BRINK v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–8451. NELSON v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 10–8452. RAFI v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 10–8484. SPRINGER v. ALBIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8504. THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8511. MAUCHLIN v. BIER ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8523. WHITE v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–8537. BUNCHAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8561. BANKS v. BROWN, DIRECTOR, DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS. C. A. D. C. Cir. Certiorari denied.